UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-06995-DDP (JDE) | Date | December 8, 2022 |
|---|---|---|---|
| Title | Linus Ekene v. Office L. Fowler, et al. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Plaintiff's Letter (Dkt. 50) and Order Directing Defendants to Show Cause Why a Default Should Not Be Entered

On August 12, 2019, the Court received from Linus Ekene ("Plaintiff"), a prisoner proceeding pro se, a Civil Rights Complaint. Dkt. 1. On February 18, 2020, Defendants J. Fowler and J. Galapon ("Defendants") filed a Motion for Summary Judgment based upon arguments Plaintiff failed to administratively exhaust his claims. Dkt. 21 ("Motion"). Following briefing, the assigned magistrate judge issued a Memorandum and Order Denying the Motion, finding a genuine issue of fact regarding exhaustion, as presented, existed. Dkt. 34 ("Order"). The Order directed Defendants to answer or otherwise respond to the Complaint within 21 days. Id. at 13. Nothing in the Order prevented Defendants from filing a renewed motion on exhaustion grounds. On May 26, 2020, Defendants filed Objections to the Order, asking the District Judge to grant the Motion. Dkt. 35 ("Objection"). Plaintiff filed a response to the Objection on June 16, 2020. Dkt. 36. Thereafter, the case was referred to the Court's Prisoner Settlement Program and stayed until the completion of settlement efforts. See Dkt. 42-47. On September 29, 2021, an order was filed reflecting that settlement efforts were unsuccessful. Dkt. 47. Thereafter, until November 21, 2022, other than notices of changes of address filed by Plaintiff, the docket reflects no further activity.

On November 21, 2022, the Court received from Plaintiff a letter, inquiring as to the status of the case. The foregoing provides the status of the case. In that regard, Defendants are ORDERED TO SHOW CAUSE, in writing, within 14 days from the date of this order, why a default should be entered against them for failing to answer or otherwise respond to the Complaint as directed in the Order. Defendants may comply with this Order by, within 21 days from the date of this order, filing an answer or other responsive pleading OR by filing a renewed motion for summary judgment on exhaustion grounds that cures the defect that created the genuine issue of material fact in the prior Motion, as described in the Order.

IT IS SO ORDERED.